# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     5:23-cv-01399-DDP-AJR                              Date: January 3, 2024
                                                                Page 1 of 2

Title:       Francisco Bejarano Manjarrez v. Tristan Lemon

---

DOCKET ENTRY:  **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DENIED AND THE ACTION DISMISSED FOR FAILURE TO PROSECUTE**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENT:

None Present                             None Present

**PROCEEDINGS: (IN CHAMBERS)**

On August 7, 2023, Francisco Bejarano Manjarrez, a California state prisoner represented by counsel, filed a First Amended Petition for Writ of Habeas Corpus (the "FAP"). (See Dkt. 9.) On November 22, 2023, Respondent Tristan Lemon filed an Answer to the FAP, requesting that the FAP be denied on the merits. (Dkt. 17.) Petitioner's Reply to Respondent's answer was due on December 22, 2023, within 30 days of service of the Answer. (See Dkt. 16.)

More than a week has passed since Petitioner's deadline to file a Reply to Respondent's Answer. Petitioner is advised that pursuant to Local Rule 7-12, failure to file required papers may be deemed consent to the granting of the relief requested by the Answer, which would be the denial of the Petition on the merits. **Petitioner is further advised that failure to file a Reply to the Answer may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     5:23-cv-01399-DDP-AJR                             Date:  January 3, 2024
                                                                Page 2 of 2

Title:     Francisco Bejarano Manjarrez v. Tristan Lemon

**Procedure 41(b).**  Petitioner is ordered to file a Reply, if any, within 14 days of the date of this Order (**January 17, 2024**).

    IT IS SO ORDERED.