O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BEJARANO MANJARREZ,<br><br>               Petitioner,<br><br>    v.<br><br>TRISTAN LEMON, WARDEN,<br><br>               Respondent. | Case No. 5:23-cv-01399-DDP-AJR<br><br>**ORDER MODIFYING AND ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

      The Court modifies the Report and Recommendation as follows:

      Page 32, line 1 says "error."  The word "error" is corrected to say "err."

With the above modification, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

IT IS ORDERED that Judgment be entered DENYING the First Amended Petition on the merits and dismissing this action WITH PREJUDICE.

DATED: January 31, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2