JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BEJARANO MANJARREZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TRISTAN LEMON, WARDEN,<br><br>　　　　Respondent. | Case No. 5:23-cv-01399-DDP-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 31, 2025

　　　　　　　　　　　　　　　　　　／s／ *Dean D. Pregerson*
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE